```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```



FILED
JAN 0 8 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING THE CELLULAR TELEPHONE ASSIGNED NUMBER:<br><br>(530) 949-3413 | **ORDER**<br><br>2:14-SW-0006 DAD |

1. Application having been made by the United States for an Order pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c)(1)(A), authorizing agents of the United States Federal Bureau of Investigation ("FBI") to ascertain the physical location of the cellular telephone assigned call number: 530-949-3413 (target cell phone), subscriber "Kimberly Gonzalez, 733 Ridge Road, Redding, California, 96003," with service provided by AT&T including, but not limited to, E-911 Phase II data (or other precise location information), for the period of January 1, 2014 to January 7, 2014. The Court finds that there was, and is, probable cause to believe

1  that the Requested Information would, and will, constitute or lead to
2  evidence of violations of 18 U.S.C. § 875, as well as to the
3  identification of individuals and their residences who are engaged in
4  the commission of these offenses.  Furthermore, the execution of this
5  search warrant will not result in the seizure of any tangible
6  property or any wire or electronic communication (as defined in 18
7  U.S.C. § 2510).  To the extent that the warrant authorizes the
8  seizure of any stored wire or electronic information, that seizure is
9  expressly authorized by 18 U.S.C. § 2703(c)(1)(A).
10     IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal
11 Procedure 41 and 18 U.S.C. § 2703(c)(1)(A) that agents of the FBI,
12 beginning at any time within ten days of the date of this Order may
13 use and access the information and data received from AT&T, which
14 included subscriber information, call records to include cell tower
15 location data for the target phone, and precision location ("ping")
16 data from January 1, 2014 to January 7, 2014, obtained for the target
17 cell phone, which expressly excluded the contents of any
18 communications conducted by the users of the target cell phone.

21 DATED: January 8, 2014

_____
Hon. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE